UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SAUL MARCIAL VALERIO,

      Petitioner,

    v.

SECRETARY KRISTI NOEM, *et al.*;

      Respondents,

_____/

Case No. 2:26-cv-359-KCD-DNF

## **ORDER**

Saul Marcial Valerio has filed a habeas corpus petition to challenge his ongoing immigration detention at Baker Correctional Institution. (Doc. 1.) The petition casts a wide net. He has sued the Secretary of the Department of Homeland Security, various Immigration and Customs Enforcement (ICE) officials, the Attorney General, and the Director of the Baker facility itself— Ricky D. Dixon. (*Id.* at 1.)

Dixon now moves to dismiss the petition against him. His argument is straightforward. Baker is a non-federal facility that houses immigrant detainees pursuant to a memorandum of understanding with ICE. Therefore, he says, he does not have true custody over Valerio and is an improper respondent. (*See* Doc. 8.)

But that position creates a bit of a puzzle when juxtaposed with the federal government's usual stance. In nearly every other habeas case of this

kind, the federal respondents tell us that the *only* proper respondent is the warden of the facility where the prisoner is held. *See, e.g.*, *Lopez v. Secretary Kristi Noem, et al.*, No. 2:26-cv-327, Doc. 5 at 2 n.1 (M.D. Fla. 2026). So, the Court is left with a game of hot potato. The state warden says the federal agencies have custody, and the federal agencies point the finger right back.

To resolve these competing claims, the Court needs to hear from the federal respondents. They must respond to Dixon's motion to dismiss. In doing so, they must specifically explain how their position in this case squares with the argument they routinely advance—that the local warden is the sole proper respondent under *Rumsfeld v. Padilla*, 542 U.S. 426, 434-36 (2004). This response is due within the time frame set by Local Rule 3.01 and shall not exceed fifteen pages.

**ORDERED** in Fort Myers, Florida on March 5, 2026.

Kyle C. Dudek
United States District Judge

2